THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. MARCUS VAN NESS, PLAINTIFF IN ERROR.

Submitted July 8, 1912—Decided November 18, 1912.

On error to the Supreme Court, whose opinion is reported in 53 *Vroom* 181.

For the plaintiff in error, *James R. Nugent.*

For the defendant in error, *Frederick R. Lehlbach,* assistant prosecutor of the pleas.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Gummere in the Supreme Court.

*For reversal*—None.